DENNIS A. CAMMARANO/BAR NO. 123662
JEREMY B. GARD/BAR NO. 269265
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California  90802
Telephone:  (562) 495-9501
Facsimile: (562) 495-3674

Attorneys for Plaintiff,
MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BINEX LINE CORP.; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: CV12-09443-MAN<br><br>**[PROPOSED] ORDER FOR UNCONDITIONAL DISMISSAL** |

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN**,

Based on the parties' stipulation, it is hereby ordered that this action is unconditionally dismissed, with prejudice, and with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.


Dated: October 11, 2013

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE